UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CARLA MAXINE WEBB,**

      **Plaintiff,**

v.                                          **Case No. 6:25-cv-1836-CEM-LHP**

**US TREASURY, FEDERAL
RESERVE, ALL PUBLIC AND
PRIVATE FINANCIAL
ACCOUNTS, THE UNITED
STATES ATTORNEY'S OFFICE,
U.S. DEPARTMENT OF
JUSTICE, INTERNAL REVENUE
SERVICE, DEPARTMENT OF
LABOR, ADAM MCGINNIS,
HEATHER PINDER
RODRIGUEZ, MARGARET H.
SCHREIBER, AMERICAN
EXPRESS NATIONAL BANK,
MODLIN SLINSKY, P.A.
ATTORNEYS AT LAW,
EQUIFAX, EXPERIAN, and
TRANSUNION LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on an Application to Proceed in District

Court Without Prepaying Fees or Costs (Long Form), which has been construed as

a Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States

Magistrate Judge issued a Report and Recommendation (Doc. 9), recommending that the Motion be denied without prejudice, and the Complaint (Doc. 1) be dismissed with leave to amend.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 9) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before May 6, 2026**, Plaintiff may file an Amended Complaint and a Renewed Motion to Proceed *In Forma Pauperis* that correct the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 15, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party